1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6
   Attorneys for Defendant
7  Cavalry Portfolio Services, LLC

8
                  UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  JESUS VICTOR RODRIGUEZ,        )  CASE NO.: 11-CV-1837-LAB-MDD
                                   )
13                                 )  **DEFENDANT'S CERTIFICATE OF**
              Plaintiffs,          )  **INTERESTED ENTITIES OR**
14                                 )  **PERSONS**
                                   )
15       vs.                       )
                                   )
16                                 )
    CAVALRY PORTFOLIO              )
17  SERVICES, LLC,                 )
                                   )
18            Defendant.           )
                                   )
19  ─────────────────────────────  )

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Cavalry Portfolio Services, LLC certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Cavalry Portfolio Services, LLC, a Delaware corporation.

DATED: September 13, 2011       SIMMONDS & NARITA LLP
                                JEFFREY A. TOPOR
                                ARVIN C. LUGAY


                                By:   s/Jeffrey A. Topor
                                      Jeffrey A. Topor
                                      Attorneys for Defendant

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Jesus Victor Rodriguez
10531 4s Commons Drive, Suite 426
San Diego, CA 92127
Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 13th day of September, 2011.

_____
Sally Koo