# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Rodriguez v. Cavalry Portfolio Services          <u>Case No</u>: 11CV1837

<u>HON.</u> Larry A. Burns          <u>CT. DEPUTY</u> Tisha Washam          <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:      No appearance.

<u>Defendant(s)</u>:   No appearance.

Currently on the Court's calendar for Monday, February 6 is a hearing on Cavalry's motion for summary judgment. The Court finds this motion suitable for decision without oral argument. The motion is therefore taken off calendar and under submission. No appearances will be required on February 6.

DATED: February 1, 2012                              INITIALS:  <u>HJA</u> Law Clerk